**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

GODOFREDO CHIQUETE-LOPEZ,

Petitioner,

v.

MARKWAYNE MULLIN, ET AL.,

Respondents.

Case No. 5:26-cv-04375-MAR

**ORDER GRANTING HABEAS PETITION AND ORDERING IMMEDIATE RELEASE**

**I**

**INTRODUCTION**

On October 14, 2026, the undersigned Magistrate Judge issued a Report and Recommendation that this Petition be GRANTED. Dkt. 11. Also on October 14, 2026, Petitioner filed a consent to proceed before the undersigned Magistrate Judge, which was accepted by the previously assigned District Judge. Dkts. 9, 12. Therefore, the parties have consented to proceed before the Magistrate Judge. Accordingly, the Court converts the previously issued Report and Recommendation to an Order Granting the Habeas Petition and Ordering Immediate Release. The Court

incorporates the findings of the Report and Recommendation into this Order. The objections period outlined in the Report and Recommendation is moot.

## II
## ORDER

The Court **GRANTS** the Petition as follows. Respondents shall immediately release Petitioner **Godofredo Chiquete-Lopez (A# 221-462-370)** ("Petitioner") from custody (subject only to conditions that were in place prior to his detention, if any) and return any confiscated property and documents to Petitioner upon release. Respondents shall not re-detain Petitioner pursuant to 8 U.S.C. § 1226 without providing at least seven (7) days' notice and a pre-deprivation bond hearing. The pre-deprivation bond hearing shall occur before an Immigration Judge at which the Government bears the burden of proof to show by clear and convincing evidence that Petitioner is a flight risk or a danger to the community and that no condition or combination of conditions could reasonably assure Petitioner's future appearance and/or the safety of the community. The Immigration Judge must conduct an individualized assessment of Petitioner's suitability for bond in light of the forgoing standard. Respondents shall file a notice of compliance within twenty-four hours.

DATED: October 15, 2026

HON. MARGO A. ROCCONI
UNITED STATES MAGISTRATE JUDGE